[No. 36911-3-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FAREED
M. ABBAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-06823-3, William L. Downing, J., entered
May 31, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37121-5-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO
ANTHONY CAPELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03478-8, William L. Downing, J., entered
July 25, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37180-1-I.    Division One.    February 10, 1997.]

KENNETH ALAN GLATT, *Appellant*, v. CHRISTINE
CONRADI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-04143-4, Joseph A. Thibodeau, J.,
entered August 4, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 37239-4-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
LEE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-06325-8, JoAnne Alumbaugh, J., entered
August 21, 1995. *Affirmed* by unpublished per curiam
opinion.